UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

**In the Matter of:**

                                                        **CHAPTER 13**

**BLANCA S. RODRIGUEZ**           **CASE NUMBER: 19-20324-DOB**
                                                        **HONORABLE: DANIEL S OPPERMAN**

                              **Debtor(s).**
_____/

**STIPULATION FOR ORDER CURING PLAN ARREARS
AND RESOLVING TRUTEE'S MOTION TO DISMISS**

      The Debtor and the Chapter 13 Trustee hereby Stipulate to the entry of the attached Order curing Plan arrears and resolving Trustee's Motion to Dismiss.

Dated: December 16, 2020

| | |
|---|---|
| /s/ Robert Shelton | /s/ Thomas W McDonald, Jr. |
| Robert Shelton (P81288) | Thomas W. McDonald, Jr. |
| Attorney for Debtor | Chapter 13 Trustee |
| 1109 Court Street, 2nd Floor | 3144 Davenport Ave. |
| Saginaw, MI 48602 | Saginaw MI 48602 |
| Telephone (989) 401-4456 | Telephone (989) 792-6766 |
| lawyershelton@gmail.com | ecf@mcdonald13.org |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

**In the Matter of:**

                                          **CHAPTER 13**

**BLANCA S. RODRIGUEZ**          **CASE NUMBER: 19-20324-DOB**
                                          **HONORABLE: DANIEL S OPPERMAN**

                **Debtor(s).**
_____/

## ORDER CURING PLAN ARREARS
## AND RESOLVING TRUTEE'S MOTION TO DISMISS

      The Chapter 13 Trustee and the Debtor having proposed a plan to cure Plan arrears and resolve the Trustee's Motion to Dismiss;

      IT IS ORDERED that the Debtor will pay to the Trustee $143.00 monthly beginning immediately until further order of this Court.