UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

IN RE:

    BLANCA RODRIGUEZ                        CHAPTER 13
                                                                  CASE NO: 19-20324
                                                                   HONORABLE DANIEL S. OPPERMAN

Debtor(s).
_____/

**STIPULATION FOR DEBTOR TO REMIT PAYMENTS TO CHAPTER 13 TRUSTEE BY ELECTRONIC TRANSFER OF FUNDS AND AMENDING CURRENT PAYMENT ORDER**

The undersigned parties agree to the entry of an Order for Debtor to Remit Payments to Chapter 13 Trustee By Electronic Transfer of Funds and Amending Current Payment Order as evidenced by the attached Exhibit A.


Stipulated and approved for entry:

_/s/ Thomas W. McDonald, Jr._
_____
Thomas W. McDonald, Jr. (P32464)
Standing Chapter 13 Trustee
3144 Davenport Ave.
Saginaw, MI 48602
Telephone (989) 792-6766
ecf@mcdonald13.org

Stipulated and approved for entry:

/s/ *Robert Shelton*
Robert Shelton (P81288)
Robert Shelton, PLC.
Attorney for Debtor
1109 Court St. 2nd Floor
Telephone: (989) 401-4456
lawyershelton@gmail.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

IN RE:

    BLANCA RODRIGUEZ          CHAPTER 13
                                            CASE NO: 19-20324
                                            HONORABLE DANIEL S. OPPERMAN

**Debtor(s).**
_____/

### ORDER FOR DEBTOR TO REMIT PAYMENTS TO CHAPTER 13 TRUSTEE BY ELECTRONIC TRANSFER OF FUNDS AND AMENDING CURRENT PAYMENT ORDER

      The above named Debtor(s) having filed a petition for relief under Chapter 13 of the Bankruptcy Code, and having sought an order to remit payments to the Chapter 13 Trustee by electronic transfer of funds pursuant to E. D. Mich. LBR 1007-1(c)(1)(B), and further seeking to amend Debtor(s) current payment order;

      IT IS ORDERED that contemporaneously with the entry of this Order, the Debtor(s) shall complete the **TFS sign up process** at TFSBillPay.com to initiate payments of the assigned Trustee participates in the **TFS program**.

      IT IS FURTHER ORDERED that any attempt to terminate the TFS, or to challenge a withdrawal made pursuant to the TFS shall be made only after obtaining permission of the Bankruptcy Court. Failure to seek prior authorization to terminate the agreement or challenge a withdrawal under the agreement may constitute cause for dismissal pursuant to 11 USC §1307 and may result in further sanctions, costs or fees as determined by the Court.

      IT IS FURTHER ORDERED that the Debtor(s) shall pay to the Trustee by Electronic Funds Transfer **$143.00** per month until further order of this Court.

                                                                             EXHIBIT A