UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION

**In the Matter of:**

**BLANCA S. RODRIGUEZ**

        **Debtor(s)**

_____/

**CHAPTER 13 PROCEEDING**
**CASE NUMBER: 19-20324**
**HONORABLE DANIEL S. OPPERMAN**

## OBJECTION TO CONFIRMATION OF FIRST MODIFIED POST-CONFIRMATION CHAPTER 13 PLAN

    NOW COMES Thomas W. McDonald, Jr., Chapter 13 Trustee, and hereby objects to the Debtor(s) Chapter 13 Plan and requests that a confirmation hearing be scheduled for the reason that the Trustee has not had an opportunity to evaluate the proposed amended plan.

    WHEREFORE, the Chapter 13 Trustee prays this Court deny confirmation of the proposed Chapter 13 Plan.

Dated: October 11, 2022

/s/Thomas W. McDonald, Jr.
Thomas W. McDonald, Jr.(P32464)
Chapter 13 Trustee
3144 Davenport Avenue
Saginaw, Michigan 48602
Telephone: (989) 792-6766
ecf@mcdonald13.org

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION

**In the Matter of:**

                                                **CHAPTER 13 PROCEEDING**

**BLANCA S. RODRIGUEZ**        **CASE NUMBER: 19-20324**
                                                **HONORABLE DANIEL S. OPPERMAN**

      **Debtor(s)**

_____/

## CERTIFICATE OF SERVICE OBJECTION TO CONFIRMATION OF FIRST MODIFIED POST-CONFIRMATION CHAPTER 13 PLAN

      I, the undersigned, do hereby certify that on October 11, 2022, I have electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification to any party registered with the ECF System, and hereby certify that I have mailed by the United States Postal Service the Papers to the following non-ECF participants:

N/A

                                                  /s/Margaret A. Sporcic
                                                  Margaret A. Sporcic
                                                  Office of Thomas W. McDonald, Jr.
                                                  Chapter 13 Trustee
                                                  3144 Davenport Avenue
                                                  Saginaw, Michigan 48602
                                                  Telephone: (989) 792-6766
                                                  ecf@mcdonald13.org