UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION

**In the Matter of:**

**BLANCA S. RODRIGUEZ**

   **Debtor(s)**

_____/

**CHAPTER 13 PROCEEDING**
**CASE NUMBER: 19-20324**
**HONORABLE DANIEL S. OPPERMAN**

### AMENDED OBJECTION TO CONFIRMATION OF FIRST MODIFIED POST-CONFIRMATION CHAPTER 13 PLAN

 NOW COMES Thomas W. McDonald, Jr., Chapter 13 Trustee, and hereby objects to the Debtor(s) Chapter 13 Plan as follows:

 1. The debtors have failed to file an Amended Schedule I and/or J to substantiate the change in plan payments as required by E.D. Mich. LBR 3015-2(3).

 WHEREFORE, the Chapter 13 Trustee prays this Court deny confirmation of the proposed Chapter 13 Plan.

Dated: October 24, 2022

/s/Thomas W. McDonald, Jr.
Thomas W. McDonald, Jr.(P32464)
Chapter 13 Trustee
3144 Davenport Avenue
Saginaw, Michigan 48602
Telephone: (989) 792-6766
ecf@mcdonald13.org

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION**

**In the Matter of:**

**BLANCA S. RODRIGUEZ**

       **Debtor(s)**

                                          /

**CHAPTER 13 PROCEEDING**
**CASE NUMBER: 19-20324**
**HONORABLE DANIEL S. OPPERMAN**

## CERTIFICATE OF SERVICE OBJECTION TO CONFIRMATION OF FIRST MODIFIED POST-CONFIRMATION CHAPTER 13 PLAN

      I, the undersigned, do hereby certify that on October 24, 2022, I have electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification to any party registered with the ECF System, and hereby certify that I have mailed by the United States Postal Service the Papers to the following non-ECF participants:

Blanca Rodriguez
1118 Cass Street
Saginaw, Michigan 48602

                                          /s/Jennifer Drzewicki
                                          Jennifer Drzewicki
                                          Office of Thomas W. McDonald, Jr.
                                          Chapter 13 Trustee
                                          3144 Davenport Avenue
                                          Saginaw, Michigan 48602
                                          Telephone: (989) 792-6766
                                          ecf@mcdonald13.org