**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION**

In the Matter of:

BLANCA S. RODRIGUEZ

      Debtor(s)

_____/

CHAPTER 13 PROCEEDING
CASE NUMBER: 19-20324
HONORABLE DANIEL S. OPPERMAN

## ORDER APPROVING FIRST MODIFIED POST CONFIRMATION CHAPTER 13 PLAN

      The Chapter 13 debtor(s) therein having filed a Notice seeking confirmation of her Post-Confirmation First Modified Chapter 13 Plan and a copy of the post-confirmation First Modified Plan and Notice having been mailed out to all creditors and interested parties as appears from the Proof of Service filed with the Court and all objections having been resolved to the proposed modified Plan and the Court finding that each of the requirements for confirmation of the Chapter 13 Plan pursuant to 11 U.S.C. §1325(a) have been met and the Court being otherwise fully advised in the premises;

      **IT IS HEREBY ORDERED** that the debtor(s) post-confirmation First Modified Chapter 13 Plan filed with the Court on September 27, 2022 shall be and hereby is confirmed by the Court.

      **IT IS FURTHER ORDERED** that in Class V of the Plan, the term "crammed" refers to the bifurcation of a claim pursuant to 11 U.S.C. section 506 and is not applicable to 910 vehicle claims; and the term "modified" refers to a change in the interest rate or other terms not relating to collateral value, and the secured creditor will be paid equal monthly payments pursuant to the amount as recited in the claim.

      **IT IS FURTHER ORDERED** the Nature of the Plan shall be an additional 10 months of periodic payments to the Trustee in the amount of $95.00.

Approved by:

/s/Thomas W. McDonald, Jr.
Thomas W. McDonald, Jr.   (P32464)
Chapter 13 Trustee
3144 Davenport
Saginaw, Michigan 48602
Telephone: (989) 792-6766
ecf@mcdonald13.org

/s/Robert Shelton
Robert Shelton (P81288)
Attorney for debtor(s)
1109 Court Street, (2nd Floor)
Saginaw, Michigan 48602
Telephone: (989) 401-4456
Email: lawyershelton@gmail.com

**Signed on October 28, 2022**



/s/ Daniel S. Opperman
**Daniel S. Opperman**
**United States Bankruptcy Judge**